### 53988. WINSLETT v. COOPER, CARRY & ASSOCIATES.

SMITH, Judge.

This is the third chapter of the continuing saga of Oscar Winslett, the injured crane operator who brought suit against several parties, each of whom received a summary judgment in its favor. The reader will recall that we affirmed the summary judgment in favor of the insurance carrier (*Winslett v. Twin City Fire Ins. Co.,* 141 Ga. App. 143 (232 SE2d 638)), and we reversed the judgment in favor of the job site foreman. *Winslett v. Twin City Fire Ins. Co.,* 142 Ga. App. 653. This case is based on the same theory as the case against the insurance carrier, that a duty to inspect was assumed and breached. Here, as in the previous case, we conclude that *even if* there was such a duty and a breach, there was no evidence that the

breach was the proximate cause of the injury. Summary judgment was proper.

*Judgment affirmed. Bell, C. J., and McMurray, J., concur.*

Argued May 23, 1977 — Decided September 7, 1977.

*Frank M. Eldridge,* for appellant.
*David A. Handley, Jonathan H. Waller,* for appellee.